Department # 119769
PO Box 1259
Oaks, PA 19456-1259



ALLIED INTERNATIONAL CREDIT CORP., (US)
6800 Paragon Place
Suite 400
Richmond, VA 23230
Office Hours:   Mon-Fri        8:00am – 7:00pm EST
Your call may be monitored or recorded for quality assurance

FRANCIS PENA
9920 24TH AVE # 1
EAST ELMHURST, NY 11369-1311

| | |
|---|---|
| **REFERENCE NUMBER** | ▇2163 |
| **ORIGINAL CREDITOR** | EBAY |
| **ACCOUNT NUMBER** | 219****** |
| **CURRENT AMOUNT DUE** | **$123.83** |

May 25, 2018

The above referenced account has been referred to our office for collection. Our client's previous attempts to resolve this debt have proven unsuccessful.

Allied International Credit Corp., (US) is committed to helping you resolve this account in full and we will do so in a respectful and professional manner. We recommend that you take advantage of one of the payment options listed below.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt to be valid. If you notify this office in writing within 30 days from receiving the notice that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Your account balance may periodically increase due to the addition of accrued interest or other charges as provided in your agreement with the original creditor or as otherwise provided by law.

1. Please forward your payment to us
2. Contact VICTORIA AUSTERO at 844 440 8188 to confirm which payment option you are using

1. **Western Union Quick Collect** call 844 440 8188
2. **Certified Check or Money Order** (return with your remittance stub)
3. **Sign into eBay.com, then:** Make a one-time payment to bring your account up-to-date

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

---

**Remittance stub - please return with your payment**

*AIC*

ALLIED INTERNATIONAL CREDIT CORP., (US)
844 440 8188

| | |
|---|---|
| **AMOUNT PAID** | $ |
| **REFERENCE NUMBER** | ▇2163 |
| **ORIGINAL CREDITOR** | EBAY |
| **ACCOUNT NUMBER** | 219****** |
| **CURRENT AMOUNT DUE** | **$123.83** |

Allied International Credit Corp., (US)
6800 Paragon Place, Suite 400
Richmond, VA 23230

08012618

EDM1

**NEW YORK CITY RESIDENTS ONLY:**

OUR PHOENIX, ARIZONA COLLECTION AGENCY LICENSE NUMBER IS 1072820.
OUR NEWMARKET, ONTARIO CANADA COLLECTION AGENCY LICENSE NUMBER IS 1095932.
OUR RICHMOND, VIRGINIA COLLECTION AGENCY LICENSE NUMBER IS 1277315.
LICENSE NUMBERS ARE ISSUED BY THE NEW YORK CITY DEPARTMENT OF CONSUMER AFFAIRS.

**NEW YORK STATE RESIDENTS:**

We are required by regulation of the New York State Department of Financial Services to notify you of the following information. This information is NOT legal advice. Debt collectors, in accordance with the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:

(i) the use or threat of violence;
(ii) the use of obscene or profane language; and
(iii) repeated phone calls made with the intent to annoy, abuse, or harass.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
 1. Supplemental security income, (SSI);
 2. Social security;
 3. Public assistance (welfare);
 4. Spousal support, maintenance (alimony) or child support;
 5. Unemployment benefits;
 6. Disability benefits;
 7. Workers' compensation benefits;
 8. Public or private pensions;
 9. Veterans' benefits;
 10. Federal student loans, federal student grants, and federal work study funds; and
 11. Ninety percent of your wages or salary earned in the last sixty days.